PROB 22
(Rev. 2/88)

RECEIVED

TRANSFER OF JURISDICTION

MAY 2 4 2006

JAMES BONINI CLERK
COLUMBUS, OHIO

| | DOCKET NUMBER (Tran. Court) |
|---|---|
| | CR-01-BU-533-S |
| | CR-01-C-322-S |
| | DOCKET NUMBER (Rec. Court) 2:06 cr 134 JDH |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| GARY DELANCE CROCKETT | ND/AL | SOUTHERN |
| 8563 Preiestley Drive | NAME OF SENTENCING JUDGE | |
| Reynoldsburg, OH 43068 | Honorable H. Dean Buttram, Jr | |
| | Honorable U.W. Clemon | |

| DATES OF SUPERVISED RELEASE | FROM 12/18/2003 | TO 12/17/2006 |
|---|---|---|

OFFENSE

18 U.S.C. §1029(a)(2); Credit Card Fraud
18 U.S.C. §2 and 1341; Aiding and Abetting Mail Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERN DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    SOUTHERN DISTRICT OF OHIO    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 23, 2006
_____
Date

United States District Judge

_____
U.W. Clemon
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

May 23, 2006

UNITED STATES DISTRICT COURT FOR THE    SOUTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5-26-06_
Effective date

_John D. Holschuh_
United States District Judge